[No. 50009-1-I.  Division One.  September 2, 2003.]

VINE STREET COMMERCIAL PARTNERSHIP, ET AL., *Respondents*, v. THE CITY OF MARYSVILLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-07655-4, George N. Bowden, J., entered December 14, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Ellington and Appelwick, JJ.

[No. 50579-3-I.  Division One.  September 2, 2003.]

SUSAN PETERSEN, ET AL., *Respondents*, v. GARY H. SORENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-09755-3, Kenneth L. Cowsert, J., entered May 17, 2002. *Reversed* by unpublished opinion per Cox, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 50931-4-I.  Division One.  September 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-03538-1, Dale B. Ramerman, J., entered August 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51699-0-I.  Division One.  September 2, 2003.]

EMPLOYEES OF INTALCO ALUMINUM CORPORATION, ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-01558-8, Michael F. Moynihan, J., entered December 20, 2002. *Reversed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Baker, J.